MATTHEW BARRAZA
238 Palomar Drive
Lodi, CA 95242
(916) 540-9210

PLAINTIFF PRO PER

**FILED**

OCT 06 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BARRAZA,<br><br>    Plaintiff,<br><br>vs.<br><br>PRODUCTION FRAMING, INC, et al.<br><br>    Defendants. | CASE NO. 2:21-CV-01562 KJM AC PS<br><br>**REQUEST AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY REQUESTED by Plaintiff MATTHEW BARRAZA ("Plaintiff") that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: October 5, 2021          By: _____
                                     Matthew Barraza
                                     Plaintiff

---

1

REQUEST AND [PROPOSED] ORDER OF DISMISSAL

**[PROPOSED] ORDER**

Pursuant to Plaintiff's request, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

_____
Honorable Judge Allison Claire